UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | 3:12-CR-239-1 |
|---|---|---|
| vs. | ) ) ) | **ORDER** |
| **RAMIN AMINI (1)** | ) ) | |

**THIS MATTER** is before the Court on its own Motion to administratively close the case as to defendant, **Ramin Amini**. The defendant appears to remain a fugitive with no activity taking place in this case in recent times.

It is therefore **ORDERED** that this case be deemed closed for administrative purposes only, subject to re-opening upon the apprehension or appearance of the defendant, Ramin Amini.

**SO ORDERED.**

Signed: September 21, 2017

Graham C. Mullen
United States District Judge